IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTHON BUN,

    Plaintiff,                      No. CIV S-09-0631 EFB P

    vs.

T. FELKER, et al.,

    Defendants.             <u>ORDER</u>

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. §1983. He has submitted a certified trust fund account statement is support of his application for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(2). However, he has not submitted the affidavit required by 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff has 30 days from the date this order is served to submit the required affidavit. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation that this action be dismissed.

    So ordered.

Dated: March 12, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE