IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTHON BUN,

        Plaintiff,                      No. CIV S-09-0631 EFB P

        vs.

T. FELKER, et al.,

        Defendants.              <u>ORDER</u>

                                /

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       By order filed February 25, 2010, the court found that plaintiff had stated sufficient charging allegations against defendants Watkins, Perry, Hook, Lower, Hanshumaker, Ramsey, Sanchez, Essman, Kirkland, Garate, Kissinger, Marsh, Brown, Aurich, and Felker and informed plaintiff he could proceed against those defendants only or file an amended complaint that also states a claim against the remaining defendants. The court also informed plaintiff that the court would consider his decision to proceed only as to defendants Watkins, Perry, Hook, Lower, Hanshumaker, Ramsey, Sanchez, Essman, Kirkland, Garate, Kissinger, Marsh, Brown, Aurich,

1

1  and Felker as consent to the dismissal of all remaining defendants.  On March 15, 2010, plaintiff
2  returned documents for service against defendants Watkins, Perry, Hook, Lower, Hanshumaker,
3  Ramsey, Sanchez, Essman, Kirkland, Garate, Kissinger, Marsh, Brown, Aurich, and Felker.
4      Accordingly, IT IS HEREBY ORDERED that plaintiff's claims against all remaining
5  defendants are dismissed without prejudice.
6  Dated:  April 12, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE