IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTHON BUN,

      Plaintiff,                         No. CIV S-09-0631 LKK EFB P

   vs.

T. FELKER, et al.,

      Defendants.                  ORDER TO SHOW CAUSE

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 29, 2010 defendants filed a motion to dismiss for failure to exhaust administrative remedies. Dckt. No. 23. They argued in part, that plaintiff had opportunities to submit an inmate appeal to medical, dental, or psychiatric personnel. To further this argument, defendants submitted nearly 100 pages of plaintiff's medical records. Dckt. No. 23, Ex. B. It is not clear to the undersigned why plaintiff's unredacted medical records were necessary to further the above-referenced argument when no medical condition was at issue. *See* E.D. Cal. Local Rules 140 (Privacy Concerns and Redaction); 141 (Sealing of Documents).

////

////

////

1  Accordingly, defendants are hereby ORDERED TO SHOW CAUSE, within 14 days of
2 this order, as to why it was proper for them to file plaintiff's unredacted medical records with the
3 court.

4 DATED: March 16, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE