IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTHON BUN,

    Plaintiff,                   No. CIV S-09-0631 LKK EFB P

    vs.

T. FELKER, et al.,

    Defendants.          <u>ORDER</u>

                            /

    Defendants' April 28, 2011 request to conduct plaintiff Chanthon Bun's deposition via video-conference is granted. Nothing in this order shall be interpreted as requiring the institution in which plaintiff is housed to obtain video-conferencing equipment if it is not already available.

    So ordered.

DATED: May 3, 2011.

                             EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE