IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTHON BUN,

      Plaintiff,                    No. CIV S-09-0631 LKK EFB P

   vs.

T. FELKER, et al.,

      Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff requests that discovery be stayed. Dckt. No. 59. Defendants have filed a response. Dckt. No. 60.

      For the reasons stated in plaintiff's request and defendants' response, and good cause appearing, the court hereby ORDERS that:

      1. Plaintiff's June 1, 2011 motion to stay discovery is granted;

      2. The discovery deadlines set forth in the May 23, 2011 order are vacated;

      3. The dispositive motion deadline set forth in the March 30, 2011 order is vacated;

////

////

////

1    4. Plaintiff shall inform the court, within seven days, of his return to the California
2 Substance Abuse Treatment Facility or other CDCR institution.  Thereafter, the court will issue
3 an amended discovery and scheduling order for the completion of discovery and filing of
4 dispositive motions.

5 Dated: June 17, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE