IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTHON BUN,

      Plaintiff,                    No. CIV S-09-0631 LKK EFB P

      vs.

T. FELKER, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed a "proposed motion for discovery" and defendants Aurich, Brown, Essman, Felker, Garate, Handschumaker, Hook, Kissinger, Kirkland, Lower, Marsh, Perry, B. Ramsey, Sanchez, and Watkins ("defendants") request an extension of time to serve discovery responses.

      Plaintiff must serve his requests for discovery on defendants rather than filing them with the court. Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." E.D. Cal. Local Rules 250.2-250.4. There is currently no proceeding before the court that requires plaintiff's discovery requests for its

1

resolution. Plaintiff's "proposed motion for discovery" will therefore be stricken from the docket.

Defendants request a thirty-day extension of time, to and including September 28, 2011, to serve responses to plaintiff's First Request for Production of Documents and First Request for Interrogatories. The court finds good cause and grants the request. Defendants shall serve their responses to plaintiff's First Request for Production of Documents and to plaintiff's First Request for Interrogatories on or before September 28, 2011.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's "proposed motion for discovery," Dckt. Nos. 65 is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

2. Defendants' request for an extension of time, Dckt. No. 67, is granted.

Dated: August 30, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE