IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTHON BUN,

      Plaintiff,                    No. CIV S-09-0631 LKK EFB P

  vs.

T. FELKER, et al.,

      Defendants.           ORDER
_____/

      Defendants request an extension of time to file an opposition to plaintiff's motion for an "extension of time," construed as a motion to modify the July 21, 2011 amended discovery and scheduling order, and an opposition to plaintiff's motion to compel further discovery. Dckt. Nos. 72, 73, 74. Defendants also move to withdraw and strike their November 29, 2011 opposition to plaintiff's above referenced motions. Dckt. Nos. 75, 76. The court finds good cause and orders as follows:

      1. Defendants' November 22, 2011 request for an extension of time, Dckt. No. 74, is granted;

      2. Defendants' November 30, 2011 notice of withdrawal and motion to strike, Dckt. No. 76, is granted, and defendants' November 29, 2011 opposition brief, Dckt. No. 75, is stricken.

////

1

3. Defendants shall file their oppositions to plaintiff's motions to modify the discovery and scheduling order and to compel discovery, on or before December 12, 2011.

DATED: December 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE