IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTHON BUN,

      Plaintiff,              No. 2:09-cv-0631 LKK EFB P

   vs.

T. FELKER, et al.,            ORDER REQUESTING CONFIDENTIAL
                                           STATEMENTS RE: CASE SELECTION FOR
      Defendants.          PRISONER SETTLEMENT PROGRAM
_____/

      The parties to this action shall each, no later than thirty (30) days from the date of the order, submit confidential statements as described below. The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email or personal delivery to the court's Alternative Dispute Resolution (ADR) division at the address, fax number or email address below and marked "Confidential." Such statements shall be limited to five (5) pages and shall include the following:

      1)    the party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

      2)    the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

////

3) any additional information the court may find useful in determining whether to set this matter for a settlement conference.

Should the court determine this action to be appropriate for referral to the Prisoner Settlement Program, it will set this matter for settlement conference before a magistrate judge or district judge.

IT IS SO ORDERED.

DATED: May 9, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

cc: ADR Division, Attention: Sujean Park
US District Court
501 I Street, Suite 4-200
Sacramento, CA 95814
Fax: (916) 491-3912
email: spark@caed.uscourts.gov